UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20453-CIV-HUCK/O'SULLIVAN

ANTWILL JOSE SALAZAR
ZAMBRANO, DIHAD JOSE TABET
ASSAF, and CARMELO ANDREA
POLITO MONDO, all individuals,

    Plaintiffs,

v.

INDIAN CREEK HOLDINGS, LLC,
a Florida Limited Liability Co., and
ROYAL TITLE & ESCROW CO.,
a Florida corporation,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendant Indian Creek Holdings, LLC, a Florida Limited Liability Co.'s Motion for Entitlement to Attorney's Fees and Costs (DE# 29, 7/30/09). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the plaintiffs, and a response having been due, it is

ORDERED AND ADJUDGED, that the plaintiffs shall file a response to the Defendant Indian Creek Holdings, LLC, a Florida Limited Liability Co.'s Motion for

Entitlement to Attorney's Fees and Costs (DE# 29, 7/30/09) on or before **October 22, 2009**. The failure to file a response may result in a recommendation that the Defendant Indian Creek Holdings, LLC, a Florida Limited Liability Co.'s Motion for Entitlement to Attorney's Fees and Costs (DE# 29, 7/30/09) be granted in its entirety.

DONE AND ORDERED, in Chambers, in Miami, Florida, this <u>8th</u> day of October, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All counsel of record