UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-20453-CIV-HUCK/O'SULLIVAN

ANTWILL JOSE SALAZAR
ZAMBRANO, et al.

      Plaintiffs,

vs.

INDIAN CREEK HOLDINGS, LLC,
et al.,

      Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      THIS MATTER is before the Court upon Defendant Indian Creek Holdings, LLC's Motion for Entitlement to Attorney's Fees and Costs (D.E. #29), filed July 30, 2009. On November 10, 2009, the Honorable John J. O'Sullivan, United States Magistrate Judge, issued a Report and Recommendation (D.E. #33), recommending that the Motion be granted. Plaintiffs have not filed any objections to the Report and Recommendation. The Court has independently reviewed the Report and Recommendation, and the pertinent portions of the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions in the Report and Recommendation. Accordingly, it is hereby

      ORDERED AND ADJUDGED that the Motion for Entitlement to Attorney's Fees and Costs is GRANTED, and the Report and Recommendation is ADOPTED.

      DONE AND ORDERED in Chambers, Miami, Florida, November 30, 2009.

_____
PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
Magistrate Judge John J. O'Sullivan
All Counsel of Record