UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-20453-CIV-HUCK/O'SULLIVAN

ANTWILL JOSE SALAZAR
ZAMBRANO, et al.,

    Plaintiffs,
vs.

INDIAN CREEK HOLDINGS, LLC, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon Magistrate Judge John J. O'Sullivan's Report and Recommendation (D.E. #38), entered January 6, 2010, recommending that Defendant Indian Creek Holdings, LLC be awarded attorney's fees and costs in the amount of $20,642.50 for 62.7 hours of legal work. Plaintiffs did not file any objections to the Report and Recommendation. The Court has independently reviewed the Report and Recommendation and the pertinent portions of the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions in the Report and Recommendation. Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendant Indian Creek Holdings, LLC is awarded attorney's fees and costs in the amount of $20,642.50, and the Report and Recommendation is ADOPTED.

DONE AND ORDERED in Chambers, Miami, Florida, February 4, 2010.

                                                  Paul C. Huck
                                                  United States District Judge

**Copies Furnished To:**
Magistrate Judge John J. O'Sullivan
All Counsel of Record